UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LYONDELL CHEMICAL COMPANY, et al.,<br><br>                               Debtors. | Chapter 11<br><br>Case No. 09-10023 (CGM)<br><br>(Jointly Administered) |
| EDWARD S. WEISFELNER, AS TRUSTEE OF THE LB CREDITOR TRUST,<br><br>                               Plaintiff,<br><br>    v.<br><br>CIBC WORLD MARKETS, et al.,<br><br>                               Defendants. | No. 16 Civ. 6734 (DLC) |
| EDWARD S. WEISFELNER, AS TRUSTEE OF THE LB CREDITOR TRUST,<br><br>                               Plaintiff,<br><br>    v.<br><br>STUART REICHMAN, et al.,<br><br>                               Defendants. | No. 16 Civ. 6744 (DLC) |

**NOTICE OF APPEARANCE**

       **TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**: Please enter the appearance of DLA Piper LLP (US) by Rachel Ehrlich Albanese, Esq. as counsel in this action on behalf of Defendant Mutual Fund 10.  Mrs. Albanese certifies that she is admitted to practice in this Court.

Dated: August 4, 2017
      New York, New York

**DLA PIPER LLP (US)**

*/s/ Rachel Ehrlich Albanese*
Rachel Ehrlich Albanese
1251 Avenue of the Americas
New York, New York 10020-1104
Tel.: (212) 335-4500
Fax: (212) 335-4501
Rachel.Albanese@dlapiper.com

*Attorneys for Defendant Mutual Fund 10*